IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOLLO FIGUEROA                                                    CIVIL ACTION
[BZ-2095]                        FILED

    v.                         JUL 3 0 2013

MICHAEL WERNEROWICZ, et al.    MICHAEL E. KUNZ, Clerk        NO. 13-2687
                               By_____ Dep. Clerk

## ORDER

AND NOW, this **29th** day of **July** ⸱, 2013, upon consideration of
the pleadings and the record herein, and after review of the Report and Recommendation of
M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED.**

2. Petitioner's Motion for Stay is **GRANTED.**

3. The Petition under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State
   Custody is **STAYED** and held in **ABEYANCE** until the conclusion of Petitioner's state
   court proceedings.

4. Petitioner shall return to federal court within thirty (30) days following the conclusion of
   his state court proceedings. If Petitioner does not return to federal court within thirty (30)
   days following the conclusion of his state court proceedings, this Stay and Abeyance
   Order is vacated and his petition is dismissed without prejudice.

5. Petitioner's Motion for Appointment of Counsel is **DENIED WITHOUT PREJUDICE**
   with leave to refile should conditions warrant it.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
PAUL S. DIAMOND, J.

ENTERED

JUL 3 0 2013

CLERK OF COURT