IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOLLO FIGUEROA,<br>    Petitioner, | :<br>:<br>: |
| v. | :   Civ. No. 13-2687 |
| MICHAEL WERNEROWICZ, et al.,<br>    Respondents. | :<br>:<br>: |

## O R D E R

**AND NOW**, this 16th day of February, 2018, upon consideration of *pro se* Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) and United States Chief Magistrate Judge Linda K. Caracappa's Report and Recommendation (Doc. No. 22), and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. No. 22) is **APPROVED** and **ADOPTED**. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED**. A Certificate of Appealability shall **NOT ISSUE**.

It is **FURTHER ORDERED** that the **CLERK OF COURT** shall **CLOSE** this matter.

                                              **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*
                                              _____
                                              Paul S. Diamond, J.